UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROSALIE SHEEHAN-VEAL,**
**on behalf of herself and**
**on behalf of all others**
**similarly-situated,**

      **Plaintiff,**

v.　　　　　　　　　　　　　　　Case No.:  8:22-cv-0255-SCB-AAS

**BETTER MORTGAGE**
**CORPORATION d/b/a**
**BETTER.COM,**

      **Defendant.**
_____/

**PLAINTIFF'S NOTICE OF FILING**
**VERIFIED ANSWERS TO COURT'S INTERROGATORIES**

      Plaintiff, **ROSALIE SHEEHAN-VEAL**, by and through her attorney, the undersigned, hereby files her Verified Answers to the Court's Interrogatories.

1. During what period of time were you employed by the Defendant?
   **Plaintiff worked for Defendant from Oct. 2020 - Dec. 2021**.

2. Who was your immediate supervisor?
   **Plaintiff's immediate supervisor was Todd Duke**.

3. Did you have a regularly scheduled work period?  If so, specify.
   **Plaintiff's regularly schedule work period was Monday through Friday from 9:00am to 6:00pm.**

4. What was your title or position?  Briefly describe your job duties.

   **Plaintiff was hired as a Mortgage Underwriter. Her primary duties included reviewing borrower's credit history for loan applications, ensuring all documents were submitted correctly based on underwriting requirements and working closely with loan processors and closers to get the file to closing.**

5. What was your regular rate of pay?
   **Plaintiff's regular hourly rate of pay was $48.08.**

6. Provide an accounting of your claim, including:

   (a) dates
   **October 2020 through September 2021**

   (b) regular hours worked
   **40 hours per week**

   (c) over-time hours worked
   **Approximately 15 hours per week**

   (d) pay received versus pay claimed
   **Plaintiff was only paid for 40 hours and was not paid overtime rate throughout her employment with the Defendant.**

   (e) total amount claimed
   **Prior to the completion of discovery, Plaintiff makes her good faith calculation of unpaid overtime herein for the time she was employed with Defendant:**

   **15 (overtime hours per week) x $24.04 (.5 rate) x 45 (weeks) = $16,227.00**

   **TOTAL: $ 16,227.00, excluding liquidated damages, fees and costs.**

7. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?
   **On or about January 31, 2022, Defendant was notified by Plaintiff's attorney of Plaintiff's allegations of violations of the FLSA.**

8. Was this complaint written or oral? (If a written complaint, please attach a copy).
   **Written**

9. What was your employer's response? (If a written response, please attach a copy).
   **Defendant denies any wrongdoing.**

Dated this 21st day of February, 2022.

        Respectfully submitted,

        */s/ Brandon J. Hill*
        **BRANDON J. HILL**
        Florida Bar Number: 0037061
        **LUIS A. CABASSA**
        Florida Bar Number: 0053643
        **WENZEL FENTON CABASSA, P.A.**
        1110 North Florida Avenue, Suite 300
        Tampa, FL 33602
        Main No.: 813-224-0431
        Direct No.: 813-379-2565
        Facsimile: 813-229-8712
        Email: lcabassa@wfclaw.com
        Email: bhill@wfclaw.com
        Email: gnichols@wfclaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 21st day of February, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and notice of filing by first-class mail to the following non-CM/ECF participants:

Better Mortgage Corporation d/b/a Better.com
c/o Business Filings Incorporated, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

        */s/ Brandon J. Hill*
        **BRANDON J. HILL**

## Declaration Under Penalty of Perjury (28 USC § 1746)

I, ROSALIE SHEEHAN-VEAL, declare under penalty of perjury that the foregoing answers to PLAINTIFF'S VERIFIED ANSWERS TO COURT'S INTERROGATORIES are accurate and true to my knowledge.

Executed on __02 / 16 / 2022__.

_____
ROSALIE SHEEHAN-VEAL

Doc ID: 45db37e94c87e7205f73c307ff9fb6abc8236f98